UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO.  DR-12-CR-557-AM |
| ) | |
| RICHARD HESLES, JR. (1) and ) | |
| DAMIEN HESLES (2), ) | |
| Defendants. ) | |

UNITED STATES OF AMERICA'S
MOTION FOR ENTRY OF MONEY JUDGMENTS

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and makes this Motion for Entry of Money Judgments, pursuant to Federal Rules of Criminal Procedure 32.2(c)(1) and Title 21, United States Code, Section 853(p), and in support thereof states the following:

I.

On October 25, 2012, Defendant RICHARD HESLES, JR. entered a written Plea Agreement (ECF No. 45) wherein he pled guilty to Count Eleven of the Indictment (ECF No. 2) returned against him, charging him with violations of Title 18, United States Code, Sections 554(a) and 2.

On October 25, 2012, Defendant DAMIEN HESLES entered a written Plea Agreement (ECF No. 49) wherein he pled guilty to Count Eleven of the Indictment (ECF No. 2) returned against him, charging him with violations of Title 18, United States Code, Sections 554(a) and 2.

As part of their guilty pleas, each Defendant agreed to immediately and voluntarily forfeit any and all of their right, title, and interest in certain respective property, namely:

**MONEY JUDGMENT:** A sum of money amounting to **Fifty Eight Thousand Four Hundred Fourteen dollars and no cents ($58,414.00)**, which represents property involved in and/or used to facilitate the violations set out in the Counts referenced above, and for which Defendant **RICHARD HESLES, JR.** is liable,

**MONEY JUDGMENT:** A sum of money amounting to **Forty Two Thousand Six Hundred Thirty Four dollars and no cents ($42,634.00)**, which represents property involved in and/or used to facilitate the violations set out in the Count referenced above, and for which Defendant **DAMIEN HESLES** is liable,

hereinafter referred to as the Subject Money Judgments.

Defendants RICHARD HESLES, JR. and DAMIEN HESLES, further agreed and stipulated that the facts which are set forth in the Factual Bases of their Plea Agreements executed by said Defendants are true and correct and establish that their respective Subject Money Judgments are subject to forfeiture to the United States of America pursuant to Title 18, United States Code § 981(a)(1)(C), made applicable to criminal forfeiture by Title 28, United States Code § 2461, and Title 22, United States Code § 401(a) for violations of Title 18, United States Code § 554 and Title 22, United States Code § 2778.

**II.**

The United States advises the Court that pursuant to Federal Rules of Criminal Procedure 32.2(c)(1), ancillary proceedings are not required for money judgments of forfeiture. *See* Federal Rules of Criminal Procedure 32.2(c)(1), which provides in pertinent part:

"[N]o ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

As such, the effect of Federal Rules of Criminal Procedure 32.2(c)(1) on a money judgment is tantamount to a Final Judgment of Forfeiture in cases where a criminal forfeiture consists only of a money judgment.

**III.**

Plaintiff, United States of America, moves the Court to find that the United States has proven by a preponderance of the evidence, by virtue of the Plea Agreements with factual bases contained therein, that the Subject Money Judgments represent the amount of proceeds realized by Defendants RICHARD HESLES, JR. and DAMIEN HESLES, respectively, directly or indirectly, as a result of the violations of Title 18, United States Code, Sections 554(a) and 2.

Accordingly, the United States of America moves this Honorable Court for entry of the Subject Money Judgments which forfeits any and all right, title, and interest of Defendants RICHARD HESLES, JR. and DAMIEN HESLES in said Subject Money Judgments.

**IV.**

Plaintiff, United States of America, further moves the Court to find that the Subject Money Judgments are a criminal monetary penalty under Condition(s) 20, 21, and 22 of the United States Western District of Texas Conditions of Probation and Supervised Release.

Accordingly, Plaintiff, United States of America, further moves that should the Court assess a term of probation or supervised release, that Defendants RICHARD HESLES, JR. and DAMIEN HESLES shall pay said money judgments in accordance with a schedule of payments established by the United States Probation Office to commence after all other criminal debt has been satisfied pursuant to Title 18, United States Code, Sections 3612(c), 3663(c)(5), and 3664(j).

Accordingly, Plaintiff, United States of America, further moves that the Court order that Defendants RICHARD HESLES, JR. and DAMIEN HESLES make payments by money order or certified check made payable to the Customs Border Protection and shall include the case number of the instant cause on all money orders, which in this case is DR-12-CR-557-AM, and said payments shall be sent to:

**United States Attorney's Office**
**Attn: Asset Forfeiture Division**
**601 N.W. Loop 410, Suite 600**
**San Antonio, Texas 78216**

### V.

Plaintiff, United States of America, further moves the Court to order that, pursuant to Federal Rules of Criminal Procedure 32.2(e); Title 21 United States Code, Section 853(p); and the Plea Agreements of Defendants RICHARD HESLES, JR. and DAMIEN HESLES the United States shall, at its option, be entitled to the forfeiture of any other property (substitute assets) owned by Defendants equivalent to the value of the Subject Money Judgments.

### VI.

Plaintiff, United States of America further moves the Court to order that, pursuant to Federal Rules of Criminal Procedure 32.2(b)(2), at the time of the sentencing of Defendants RICHARD HESLES, JR. and DAMIEN HESLES, the Subject Money Judgments be included in their Judgments in a Criminal Case.

WHEREFORE, PREMISES CONSIDERED, the United States of America moves this Honorable Court for entry of Money Judgments.

> Respectfully submitted,
>
> ROBERT PITMAN
> United States Attorney
>
> By:_____/s/_____
> Diana Cruz-Zapata
> Assistant United States Attorney
> Chief, Asset Forfeiture Section
> 601 N. W. Loop 410, Suite 600
> San Antonio, Texas   78216
> Tel. (210) 384-7040
> Fax   (210) 384-7045
> Texas Bar No.   05196800

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 9, 2012, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Michael J. Bagley
Law Offices of Michael J. Bagley
P. O. Box 2018
Del Rio, TX 78841-2018
Attorney for Defendant RICHARD HESLES, JR. (1)

Tylden Shaeffer
Law Office of Tylden Shaeffer
600 Navarro Street, Suite 250
San Antonio, TX 78205
Attorney for Defendant DAMIEN HESLES (2)

            _____/s/_____
            Diana Cruz-Zapata
            Assistant United States Attorney
            (210) 384-7040

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.   DR-12-CR-557-AM |
| | ) | |
| RICHARD HESLES, JR. (1) and | ) | |
| DAMIEN HESLES (2), | ) | |
| Defendants. | ) | |

## MONEY JUDGMENTS

Pending before the Court is the United States of America's Motion for Entry of Money Judgments (ECF No. 52), pursuant to Federal Rules of Criminal Procedure 32.2(c)(1) and Title 21, United States Code, Section 853(p).  This Court being fully and wholly apprised in all its premises, finds the United States has proven by a preponderance of the evidence that the below described money judgments represent the amount of proceeds realized by Defendants RICHARD HESLES and JR., DAMIEN HESLES, directly or indirectly, as a result of the violations of Title 18, United States Code, Sections 554(a) and 2, by virtue of the Defendants' Plea Agreements with factual bases (ECF Nos. 45 and 49) contained therein.   This Court further finds that said money judgments are a criminal monetary penalty under Condition(s) 20, 21, and 22 of the United States Western District of Texas Conditions of Probation and Supervised Release. Said Motion is meritorious and should be, and hereby is, in all things **GRANTED**.

IT IS THEREFORE, **ORDERED** that any and all right, title, and interest of Defendants RICHARD HESLES, JR. and DAMIEN HESLES in the following respective property, namely:

**MONEY JUDGMENT:** A sum of money amounting to **Fifty Eight Thousand Four Hundred Fourteen dollars and no cents ($58,414.00)**, which represents property involved in and/or used to facilitate the violations set out in the Counts referenced above, and for which Defendant **RICHARD HESLES, JR.** is liable,

**MONEY JUDGMENT:** A sum of money amounting to **Forty Two Thousand Six Hundred Thirty Four dollars and no cents ($42,634.00)**, which represents property involved in and/or used to facilitate the violations set out in the Count referenced above, and for which Defendant **DAMIEN HESLES** is liable,

hereinafter referred to as the Subject Money Judgments, be and hereby is FORFEITED to the United States of America.

ORDERED that should the Court assess a term of probation or supervised release against Defendants RICHARD HESLES, JR. and DAMIEN HESLES, said Defendants shall pay their respective Subject Money Judgments in accordance with a schedule of payments established by the United States Probation Office, to commence after all other criminal debt has been satisfied pursuant to Title 18 U.S.C. §§ 3612(c), 3663(c)(5), and 3664(j), and IT IS FURTHER,

ORDERED that Defendants RICHARD HESLES, JR. and DAMIEN HESLES make payments by money order or certified check made payable to the United States Marshals Service and shall include the case number of the instant cause on all money orders, which in this case is: DR-12-CR-557-AM, and said payments shall be sent to:

> **United States Attorney's Office**
> **Attn: Asset Forfeiture Division**
> **601 N.W. Loop 410, Suite 600**
> **San Antonio, Texas 78216**

IT IS FURTHER **ORDERED** that the United States of America shall, at its option, be entitled to the forfeiture of any other property (substitute assets) owned by Defendants RICHARD HESLES, JR. and DAMIEN HESLES equivalent to the value of the Subject Money Judgments, and this Court shall retain jurisdiction of this matter to settle any disputes arising from application

of this clause.

IT IS FURTHER **ORDERED** that the Subject Money Judgments will be referenced in their Judgments in a Criminal Case as to Defendants RICHARD HESLES, JR. and DAMIEN HESLES.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2012.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE